```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JORG BUSSE

                         Plaintiff,

vs.                               Case No.  2:07-cv-228-FtM-29SPC

LEE COUNTY, FLORIDA; BOARD OF LEE
COUNTY COMMISSIONERS; THE LEE COUNTY
PROPERTY APPRAISER; STATE OF FLORIDA
BOARD OF TRUSTEES OF THE INTERNAL
IMPROVEMENT TRUST FUND, STATE OF
FLORIDA DEPEARTMENT OF ENVIRONMENTAL
PROTECTION,

                        Defendants.
_____

**OPINION AND ORDER**

This matter is before the Court on consideration of the Magistrate Judge's Amended Report and Recommendation (Doc. #252), filed November 14, 2007, recommending that defendant Lee County Property Appraiser's Motion for Rule 11 Sanctions (Doc. #97) should be granted.  No objections have been filed and the time to do so has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9

(11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions de novo, even in the absence of an objection. See <u>Cooper-Houston v. Southern Ry. Co.</u>, 37 F.3d 603, 604 (11th Cir. 1994); <u>Castro Bobadilla v. Reno</u>, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), <u>aff'd</u>, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts the Report and Recommendation of the magistrate judge. The Court further agrees that monetary sanctions would not be appropriate.

Accordingly, it is now

**ORDERED**:

The Amended Report and Recommendation (Doc. #252) is hereby **adopted** and defendant's Motion for Rule 11 Sanctions (Doc. #97) is **GRANTED** as follows:

1. Plaintiff's future pleadings, motions, or filings with the Court must first be reviewed by an attorney, who will not be required to make a formal appearance on behalf of plaintiff and plaintiff is not required to hire to represent him;

2. Plaintiff's filings must reflect affirmation that the attorney has reviewed the pleading, motion, or filing, and the document must be signed by the attorney indicating review;

3.  In the alternative, plaintiff will not be permitted to file any pleadings, motions, or miscellaneous filings without first being granted permission from the assigned United States Magistrate Judge after review for frivolity; and

4.  All pleadings, motions, or other miscellaneous filings that are not reviewed by an attorney or the Magistrate Judge will be stricken from the record.

**DONE AND ORDERED** at Fort Myers, Florida, this __11th__ day of December, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
Hon. Sheri Polster Chappell
United States Magistrate Judge

Counsel of Record
Unrepresented parties